**Electronically Filed
Supreme Court
SCWC-19-0000795
01-JUL-2020
01:57 PM**

SCWC-19-0000795

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

THE ESTATE OF KAREN I. STIRLING, whose full name is
KAREN INGALLS STIRLING, DECEASED.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000795; P. NO. 18-1-0109(3))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Souza, in place of Pollack, J., recused)

Petitioner/Applicant-Appellant Olga Bordenyuk's
application for writ of certiorari filed on May 15, 2020, is
hereby rejected.

DATED:  Honolulu, Hawaiʻi, July 1, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Kevin A. Souza

